# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 07/25/18 Time: 11:00 a.m.

Defendant: Tameko Lindo (J)  J#: 18949-104  Case #: 18-6343-Hunt

AUSA: Francis Viamontes  Attorney: ____

Violation: Conspiracy to Commit Money Laundering

Proceeding: RRC/ Bond Hearing/ Possible Removal Hearing  CJA Appt: ____

Bond/PTD Held: ☐ Yes ☐ No  Recommended Bond: ____

Bond Set at: $100,000-PSB  Co-signed by: Mother

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [x] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses
- [x] No firearms
- [x] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SDFL/SDNY
- [x] Other: appear to all court hearings

Language: ____

Disposition: all parties present

(Stip) $100,000-PSB

SC: Do not access corp account.

**NEXT COURT APPEARANCE**

| | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 7/31/18 | 11:00 Am | Duty | FLL |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | 8/1/18 | 11:00 Am | Duty | FLL |
| Status Conference RE: | | | | |

Check if Applicable: ☐ The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:20:36  Time in Court: 15 mins